UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

1. ERVIN GIBSON, an Individual,
2. WALLACE GIBSON, an Individual,

       Plaintiffs

vs.

1. MIKE MAHER, an Individual,
2. NEWESCO, INC., a foreign for-profit corporation,
3. ATLAS VAN-LINES, INC., a foreign for-profit corporation,

       Defendants

Case Number: 23-cv-00295-TCK-CDL
Jury Demand

## NOTICE OF REMOVAL

Defendants Mike Maher, Newesco, Inc. and Atlas Van-Lines, Inc. file this Notice of Removal under 28 U.S.C.§1332, §1441 and §1446.

1. Mike Maher, Newesco, Inc. and Atlas Van-Lines, Inc. are defendants in a civil action brought against them in the District Court of Tulsa County, Case No. CJ-2023-1673 (the "State Court Action").

2. Plaintiffs Ervin Gibson and Wallace Gibson filed the State Court Action on May 11, 2023 and effectuated service on June 26, June 27, 2023 and June 29, 2023.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332, as it involves a controversy exceeding the sum of $75,000, exclusive of interest and costs and is between citizens of different states.

4. Plaintiffs Ervin Gibson and Wallace Gibson are Oklahoma citizens.

5. Defendant Mike Maher is a citizen of Missouri.

6. Defendant Newesco, Inc. is a foreign corporation with its principal place of business in Illinois.

7. Defendant Atlas Van-Lines, Inc. is a foreign corporation with its principal place of business in Indiana.

8. A copy of the docket sheet from the State Court Action is attached as Exhibit 1.

9. Copies of all process, pleadings, and orders filed or served upon Newesco, Inc. and Atlas Van-Lines, Inc. in the State Court Action are attached as Exhibits 2 and 3.

10. All Defendants agree to this removal.

11. Contemporaneous with the filing of this Notice of Removal, Defendants are giving the District Court in and for Tulsa County, Oklahoma, written notice of the same in the form attached as Exhibit 4.

Respectfully submitted,

By  /s/William T. McKee
WILLIAM T. McKEE, OBA #15305
bmckee@rhodesokla.com
Rhodes Hieronymus Jones Tucker & Gable
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173; (918) 592-3390 [fax]
***Attorneys for Defendants Mike Maher, Newesco, Inc., Atlas Van-Lines, Inc.***

### CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July 2023, I electronically transmitted the foregoing document to the Clerk of the Court using ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jason Messenger
Brian Trent
*Attorneys for Plaintiffs*

/s/ William T. McKee, OBA #15305